# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| COLETTE GENTRY, <br><br> *Plaintiff,* <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br> *Defendant.* | CIVIL NO. 3:07cv00009 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

On March 29, 2007, I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on October 4, 2007, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Crigler recommended that I grant Plaintiff's motion for summary judgment to the extent it seeks remand, deny the Commissioner's motion for summary judgment, and remand the case for further proceedings. After a review of the record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the October 4, 2007 Report is hereby ADOPTED in its entirety;

2. Plaintiff's Motion for Summary Judgment is GRANTED to the extent is seeks remand;

3. Defendant's Motion for Summary Judgment is DENIED;

4. the case is hereby REMANDED to the Commissioner for further proceedings.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

October 24, 2007
Date

- 2 -

Case 3:07-cv-00009-NKM-BWC   Document 17   Filed 10/24/07   Page 2 of 2   Pageid#: 69