IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| COLETTE GENTRY, | CIVIL NO. 3:07cv00009 |
| *Plaintiff,* | |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed on November 14, 2007 (docket entry no. 18). Plaintiff's counsel requests an award of attorney fees in the amount of $2,210.00.

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. After a review of record, and no objection having been filed to Judge Crigler's Report recommending payment of the fee, it is hereby ORDERED that:

(1) the Report and Recommendation of the United States Magistrate Judge filed August 20, 2007 be ADOPTED in its entirety;

(2) Plaintiff's motion (docket entry no. 18) be GRANTED;

(3) Joseph E. Wolf, Esq. be AWARDED $2,210.00 pursuant to 28 U.S.C. § 2412(d);

- i -

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
United States District Judge

December 21, 2007
Date